■ J.G. HAFT & Co. et al., Respondents, v JOHN S. WEINBERG et al., Appellants, and MEADOW BROOK & WOOD, INC., et al., Respondents. [614 NYS2d 157] —Appeal by the defendants John S. Weinberg and Vahe Amassian from a judgment of the Supreme Court, Westchester County (Coppola, J.), dated March 13, 1992.

Ordered that the judgment is affirmed, with costs, for reasons stated in the decision and order dated January 24, 1992, of Justice Coppola at the Supreme Court. Rosenblatt, J. P., Miller, Krausman and Florio, JJ., concur.